IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM JOHNS                                                          PLAINTIFF

v.                          NO. 3:19-cv-00354 PSH

ANDREW SAUL, Commissioner of                                           DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 18th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE